RECEIVED
NOV 3 0 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERESA MANGANARO-SPERONE, : | Hon. Joel A. Pisano |
| Plaintiff, : | |
| v. : | Civil Action No. 08-4781 |
| ROBIN SLOAN, et al., : | |
| Defendants. : | CONSENT ORDER |

This matter having been raised for the Court's consideration by the parties in anticipation that discovery proceedings will require the production of health information pertaining to plaintiff, Theresa Manganaro-Sperone, by covered entities in accordance with the HIPAA Standards for Privacy of Individually Identifiable Health Information, as set forth in 45 C.F.R Parts 160 and 164, and the parties agreeing that plaintiff's health information (both oral and recorded) is discoverable and that 45 C.F.R § 164.512(e)(1)(i) authorizes the disclosure by covered entities of protected health information in response to a court order,

IT IS, THEREFORE, this 30 day of November, 2009, ORDERED that upon the issuance in this litigation and receipt by a covered entity of a subpoena therefor, together with a copy of this order, the covered entity shall disclose to the party

issuing the subpoena all health information and records in its, his or her possession or under its, his or her custody, direction or control, that are responsive to the subpoena's command without further need of a demonstration of satisfactory assurance as set forth in 45 C.F.R. §§ 164.512(e)(1)(ii)(A) or (B), and (e)(1)(iii) or (e)(1)(iv).

_____
TONIANNE J. BONGIOVANNI
United States Magistrate Judge

We hereby consent to the
entry of the foregoing order.

KEVIN M. STANKOWITZ, ESQ.                    RALPH J. MARRA, JR.
                                             Acting United States
                                             Attorney

_____              _____
By: KEVIN M. STANKOWITZ, ESQ.                By: J. ANDREW RUYMANN
Attorney for Plaintiff                       Assistant U.S. Attorney
                                             Attorney for Defendants


Dated: 7/02/09                               Dated: 8/17/09